UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Kenneth Daywitt, David Jannetta, Steven Hogy, Merlin Adolphson, Michael Whipple, and Peter Lonergan,<br><br>Plaintiffs,<br><br>vs.<br><br>Jodi Harpstead, Marshall Smith, Nancy Johnston, Jim Berg, Jannine Hebert, Kevin Moser, Terry Kneisel, and Ray Ruotsalainen,<br><br>Defendants. | Case No. 20-CV-1743 (NEB/KMM)<br><br>**DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT** |

TO: Plaintiffs Kenneth Daywitt, David Jannetta, Steven Hogy, Merlin Adolphson, Michael Whipple, and Peter Lonergan, Minnesota Sex Offender Program, 1111 Hwy 73, Moose Lake, MN 55767.

Defendants move the Court to dismiss Plaintiffs' Complaint ("Compl.") in its entirety with prejudice pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. This Motion is based upon all files, records, and proceedings herein, to include Defendants' Memorandum of Law in Support of Its Motion.

Dated: January 25, 2021

Respectfully submitted,

KEITH ELLISON
Attorney General
State of Minnesota

**s/ Peter J. Shaw**
PETER J. SHAW
Assistant Attorney General
Atty. Reg. No. 0390720
peter.shaw@ag.state.mn.us

AARON WINTER
Assistant Attorney General
Atty. Reg. No. 0390914
aaron.winter@ag.state.mn.us

445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 757-1024 (Voice)
(651) 282-5832 (Fax)

*ATTORNEYS FOR DEFENDANTS*