Kenneth Daywitt
1111 Hwy 73
Moose Lake, MN 55767

RECEIVED BY MAIL
JUN 14 2021
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Date: June 8, 2021

United States District Court
District of Minnesota
Honorable Judge Nancy Brasel
300 South Fourth Street
Minneapolis, MN 55415

**Re: Pro-se Project referral for 20-cv-1743**

Plaintiff's request the Court recommend Plaintiffs' to the *Federal Bar Association Pro-se Project*, so they may acquire counsel in the above referenced case as they proceed through the process. Plaintiffs recognize that there will be a necessity for counsel who has better access to records and other issues to proceed through this case. Counsel is needed for many reasons beyond a need to scour the many records and other related discovery issues that will pertain to the furtherance of this case.

It is respectfully requested that referral be made to the *Pro-se Project*.

If there are any irregularities or other issues with this request please respond in writing to the address above.

Respectfully,

Kenneth Daywitt

cc: Attorney General's office –Peter Shaw/Aaron Winter

SCANNED
JUN 14 2021
U.S. DISTRICT COURT MPLS