# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| KENNETH DAYWITT, ET AL., | Case No. 20-CV-1743 (NEB/KMM) |
| Plaintiffs, | |
| v. | ORDER ON LETTER REQUEST |
| JODI HARPSTEAD, et al., | |
| Defendants. | |

This matter is before the Court on Kenneth Daywitt's letter request for a referral to the Federal Bar Association's *Pro Se* Project. (ECF No. 79.) Daywitt asks the Court to refer his case to counsel, who may have better access to records and issues connected to this matter. The Court recently ruled on motions to dismiss and for a temporary restraining order. (ECF No. 76.) Plaintiff filed timely briefs regarding those motions. (ECF Nos. 28, 53, 64, 67.) There were also no extensions of time requested with regard to briefing those motions.

The Court declines to refer this matter to the *Pro Se* Project because Mr. Daywitt has demonstrated an ability to participate in the litigation and effectively communicate with the Court. The letter request is DENIED.

Dated: July 20, 2021

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge