UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
RECEIVED BY MAIL AUG 19 2021 CLERK, U.S. DISTRICT COURT MINNEAPOLIS, MINNESOTA

| | |
|---|---|
| **Kenneth Daywitt et.al.**<br>**Plaintiffs**<br><br>v.<br><br>**Jodi Harpstead et.al.**<br>**Defendants** | **Court File No. 20-cv-1743**<br><br>**Plaintiffs' Scheduling Order (Proposed)** |

## DESCRIPTION OF CASE

1. Concise Factual Summary of Plaintiff's claims:

Plaintiffs' bring suit against Defendants for personal injury claims including their right to communicate, interact and otherwise obtain information which in turn create First Amendment and Fourteenth Amendment Substantive Due Process violations.

2. Statement of Jurisdiction (including statutory citations).

Titles 28 U.S.C. § 1331, 28 U.S.C. § 1367, and 28 U.S.C. § 1391.

3. Summary of Factual Stipulations or Agreements. **N/A**



SCANNED AUG 19 2021 U.S. DISTRICT COURT MPLS

4. Statement of whether jury trial has been timely demanded by any party.

   **Jury trial was demanded by Plaintiffs in their Amended Complaint see page 33.**

5. Statement of whether all process has been served. **On file with the Court.**

## DISCOVERY SCHEDULE/DEADLINES

The parties shall provide a proposed deadline for the completion of fact discovery. Fact discovery shall be commenced in time to be completed on or before **April 18, 2022.**

## DISCOVERY LIMITATIONS

The parties shall provide proposed limitations on the use of written discovery.

1. No more than **75** interrogatories, counted in accordance with Rule 33(a), shall be served by each side. No more than **20** document requests with no more than **10 million pages** and no more than **5** requests for admissions shall be served by each side.
2. No more than **6** Rule 35 Medical Examinations (forensic psychiatric risk assessments) shall be taken by defendants and completed by **April 18, 2022.**

## EXPERTS

The parties shall advise the Court whether they anticipate that expert witnesses will be required at the time of trial and provide any proposals for the timing of the disclosures

required under Rule 26(a)(2). A Rule 706 expert would benefit this Court. Possible Rule 702 may also be obtained.

## NON-DISPOSITIVE MOTION DEADLINES

The parties shall provide proposed deadlines for the filing of the following non-dispositive motions:

1. All motions which seek to amend the pleadings or to add parties must be filed and served on or before **June 17, 2022.**
2. Non-dispositive motions and supporting documents, including those which relate to fact discovery, shall be filed and served on or before **June 17, 2022.**

## DISPOSITIVE MOTION DEADLINES

The parties shall also provide a proposal for a deadline by which all dispositive motions shall be filed and served:

All dispositive motions shall be filed and served (and heard or scheduled, depending on District Judge assigned) on or before **July 15, 2022.**

## TRIAL

The parties shall advise the Court whether they have or have not agreed to consent to the exercise of jurisdiction by the Magistrate Judge pursuant to Title 28, United States

3

Code, Section 636(c). (If the parties agree, the consent form should be filed along with the Report required by this Order.)

The parties shall advise the Court of the date by which this case will be trial-ready and the anticipated length of any trial:

This case shall be ready for trial on **October 3, 2022**. The anticipated length of **Jury trial is 5 days.**

Respectfully Submitted,    Dated: August 16, 2021

_____    _____
Kenneth Daywitt    Steven Hogy
1111 Hwy 73    1111 Hwy 73
Moose Lake, MN 55767    Moose Lake, MN 55767

_____    _____
Peter Lonergan    Merlin Adolphson
1111 Hwy 73    1111 Hwy 73
Moose Lake, MN 55767    Moose Lake, MN 55767

_____
Michael Whipple
1111 Hwy 73
Moose Lake, MN 55767