# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Kenneth Daywitt, David Jannetta, Steven Hogy, Merlin Adolphson, Michael Whipple, Peter Lonergan, Russell Hatton,<br><br>Plaintiff(s),<br><br>v.<br><br>Jodi Harpestead, Marshall Smith, Nancy Johnston, Jim Berg, Jannine Hebert, Kevin Moser, Terry Kniesel, Ray Ruotsalainen,<br><br>Defendant(s). | **JUDGMENT IN A CIVIL CASE**<br><br><br>Case Number:<br>20-cv-1743 (NEB/ECW) |

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Plaintiffs' Objection to the Report and Recommendation (ECF No. 338) is OVERRULED;

2. The Report and Recommendation (ECF No. 326) is ACCEPTED;

3. Defendants' Motion to Exclude Plaintiffs' Expert (ECF No. 241) is GRANTED;

4. Plaintiffs' Motion for Summary Judgment (ECF No. 248) is DENIED;

5. Defendants' Motion for Summary Judgment (ECF No. 249) is GRANTED; and

6. This action is DISMISSED WITH PREJUDICE.

Date: 9/29/2023                                                                               KATE M. FOGARTY, CLERK